In The



Court of Appeals



Ninth District of Texas at Beaumont



________________



NO. 09-09-00010-CV


 _____________________



JEANNIE BROWN RUMPZA AND MICHAEL PATRICK RUMPZA, 
INDIVIDUALLY AND D/B/A VILLAGE CONTRACTORS, INC., Appellants


V.



SHIRLEY MARIE BOB, Appellee






On Appeal from the County Court at Law No. 1


Jefferson County, Texas


Trial Cause No. 109942 






MEMORANDUM OPINION


 The appellants, Jeannie Brown Rumpza and Michael Patrick Rumpza, filed a motion
to dismiss this appeal. The motion is voluntarily made by the appellants prior to any decision
of this Court. See Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. We grant
the motion and dismiss the appeal. 


 APPEAL DISMISSED.

 ____________________________

 DAVID GAULTNEY

 Justice


Opinion Delivered February 5, 2009


Before McKeithen, C.J., Gaultney and Kreger, JJ.